UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA BYRD, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>CARIBBEAN CRUISE LINE, INC. and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 13-cv-2503-L(RBB)<br><br>**ORDER RE: ORAL ARGUMENT** |

Currently scheduled on this Court's calendar for hearing is Defendant's motion to dismiss for lack of jurisdiction. (Doc. 2.) The Court finds this motion suitable for determination on the papers submitted and without oral argument in accordance with Civil Local Rule 7.1(d.1). Therefore, no appearances are required on December 16, 2013, and the motion will be deemed submitted as of that date.

**IT IS SO ORDERED.**

DATED: December 13, 2013

_____
M. James Lorenz
United States District Court Judge

13cv2503