Michael Ian Rott (CSB NO. 169468)
Eric M. Overholt (CSB NO. 248762)
HIDEN, ROTT & OERTLE, LLP
2635 Camino del Rio South, Suite 306
San Diego, California 92108
Telephone: (619) 296-5884
Facsimile (619) 296-5171
E-mail: mrott@hrollp.com
E-mail: eoverholt@hrollp.com
**Attorneys for Plaintiff DeAnna Byrd**

Jeffrey A. Backman (FL Bar No. 662501)
GREENSPOON MARDER
200 East Broward Blvd., Suite 1500
Ft. Lauderdale, FL 33301
Telephone:  (954) 734-1853
Facsimile:   (954) 213-0140
E-mail: jeffrey.backman@gmlaw.com
**Attorneys for Defendant Caribbean Cruise Line, Inc.**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA BYRD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARIBBEAN CRUISE LINE, INC., a Florida corporation; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 3:13-cv-2503-L-RBB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff DeAnna Byrd and Defendant Caribbean Cruise Line, Inc., by and through their respective undersigned attorneys, hereby stipulate to the entry of an Order dismissing the above captioned action with prejudice as to DeAnna Byrd only pursuant to Fed. R. Civ. P. 41(a).  Each of the Parties shall bear its own costs

and attorneys' fees.  It is further stipulated that without further notice, the judgment of dismissal with prejudice may be entered herein without costs or disbursements to either party.

Dated:  September 3, 2014                           Dated:  September 3, 2014

___/s Eric M. Overholt_____               _s/ Jeffrey A. Backman_____
Michael Ian Rott (CSB NO. 169468)         Jeffrey A. Backman
Eric M. Overholt (CSB NO. 248762)         GREENSPOON MARDER
HIDEN, ROTT & OERTLE, LLP                    200 East Broward Blvd., Suite 1500
2635 Camino del Rio South, Suite 306     Ft. Lauderdale, FL 33301
San Diego, California 92108                      Telephone:  (954) 734-1853
Telephone: (619) 296-5884                       Facsimile:    (954) 213-0140
Facsimile (619) 296-5171                          E-mail: jeffrey.backman@gmlaw.com
E-mail: mrott@hrollp.com
E-mail: eoverholt@hrollp.com                  **Attorneys for Defendant Caribbean Cruise Line, Inc.**

**Attorneys for Plaintiff DeAnna Byrd**